**Order filed March 11, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00016-CV

———————

### TUAN DANG, Appellant

### V.

### TAMARA S. PATTERSON, Appellee

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2017-73529**

# O R D E R

Appellant's brief was due February 26, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 12, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Spain and Wilson.